# United States Bankruptcy Court

Eastern District of Louisiana

THOMAS D CLAUSE
102 CLAUSE ESTATE
NAPOLEONVILLE LA 70390

**08-11067**
Chapter 13
Section A

### ORDER DISALLOWING CLAIM

Pursuant to a hearing held August 10, 2010 on the Trustee's objection to the claim filed in this case on June 18, 2010, in the amount of $9,409.11, by this creditor:

Creditor:

CEDARCREST FUND LP
PO BOX 830669
ARSENAL STATION
SAN ANTONIO TX 78283

Court's claim #22

Account #4949

IT IS ORDERED that the claim is DISALLOWED.

New Orleans, Louisiana, August 17, 2010.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge